NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5033

CHRISTOPHER M. WOLFEN,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 03-CV-2665, Judge Lynn J. Bush.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Christopher M. Wolfen moves without opposition for a 63-day extension of time, until June 2, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 2009

_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:    Jules Bernstein, Esq.
       Shalom Brilliant, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 1 2009

JAN HORBALY
CLERK